UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

In re:

Amerlink, Ltd.

Chapter 7
Case No. 09-01055-8-JRL

## AMENDED NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF AGNIESZKA STOROZYNSKI AND ALEX STOROZYNSKI

Agnieszka Storozynski and Alex Storozynski hereby withdraw Proof of Claim Number 138 filed on April 13, 2009.

Dated: November 16, 2010.

LAW OFFICE OF JAMES C. WHITE, P.C.

/s/ James C. White
James C. White
N.C. Bar # 31859
Post Office Box 16103
Chapel Hill, NC 27516
(919) 313-4636
(919) 246-9113 fax

ATTORNEY FOR ALEX AND AGNIEZKA STOROZYNSKI

1

# CERTIFICATE OF SERVICE

       I, James C. White, certify that I am not less than 18 years of age. I served the foregoing **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM** on the Trustee, the Bankruptcy Administrator and interested parties by CM/ECF and on the non CM/ECF participants as set out below by first class mail.

    Amerilink, Ltd.
    PO Box 1006
    PO Box 1907
    Apex, NC  27502


Dated:  November 16, 2010

                LAW OFFICE OF JAMES C. WHITE, P.C.

                /s/ James C. White
                James C. White
                N.C. Bar # 31859
                Post Office Box 16103
                Chapel Hill, NC 27516
                (919) 313-4636
                (919) 246-9113 fax

                ATTORNEY FOR ALEX AND AGNIEZKA STOROZYNSKI