**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:                                                CASE NO. 09-01055-8-JRL
**AMERLINK, LTD.**
      Debtor                                             Chapter 7

**TRUSTEE'S OBJECTION TO CLAIM #256,**
**NOTICE THEREOF AND CERTIFICATE OF SERVICE**

       The undersigned Trustee objects to the following claim on the basis set forth and hereby gives notice to claimant of such objections:

| CLAIM NUMBER | NAME AND ADDRESS OF CREDITOR | AMOUNT OF CLAIM |
|---|---|---|
| **256** | **Biltbest Windows**<br>**Attn: Managing Agent/Officer**<br>**175 S. Tenth Street**<br>**Genevieve, MO 63670-1403** | **$207,742.80** |

       THE TRUSTEE'S OBJECTION TO YOUR CLAIM IS AS FOLLOWS: Trustee objects to Claim #220 as described above on the grounds that the address of creditor is no longer valid as mail has been returned to the Trustee. No amended address has been filed by said creditor. Trustee has completed an internet search and no other address was listed. The address listed on the Proof of Claim is the same address as on the mailing matrix. The Trustee did find a posting on the internet that the company was out of business. This posting is attached as **Exhibit A**. Said creditor should be removed from the mailing matrix.

       This 16th day of September, 2011

                                           Law Office of Stephen L. Beaman, PLLC

                                           S/Stephen L. Beaman
                                           Stephen L. Beaman, N.C. State Bar No. 6021
                                           P.O. Box 1907, Wilson, NC 27894-1907
                                           Phone (252) 237-9020 Fax (252) 243-5174
                                                 email sbeaman@beamanlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:   CASE NO.:09-1055-8-
AMERLINK, INC.
    Debtor   CHAPTER 7

**NOTICE OF OBJECTION TO CLAIM**

    Stephen L. Beaman, Trustee has filed papers with the court objecting to your claim.

    <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the relief sought, or if you want the court to consider your views on the matter, then on or before that date which is 30 days after the date of service of this notice, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at: U.S. BANKRUPTCY COURT 17060-A PARKWOOD BLVD., WILSON NC 27893.

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    You must also mail a copy to: the undersigned attorney, debtor(s), debtor(s) attorney, trustee, Bankruptcy Administrator, and other parties in interest.

    If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted at a date, time and place to be later set and all parties will be notified accordingly.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting that relief.

    This 16th day of September, 2011

                                                Law Office of Stephen L. Beaman, PLLC
                                              S/Stephen L. Beaman
                                              Stephen L. Beaman, N.C. State Bar No. 6021
                                              P.O. Box 1907, Wilson, NC 27894-1907
                                              Phone (252) 237-9020 Fax (252) 243-5174
                                                      email sbeaman@beamanlaw.com

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the **TRUSTEE'S OBJECTION TO CLAIMS AND NOTICE OF OBJECTION TO CLAIM** were served on the below-named persons, on this date by mailing a copy of the said document to them at their addresses as shown below, by depositing the same in a postpaid, properly addressed wrapper in a Post Office or other official depository under the exclusive care and custody of the US Postal Service or by CM/ECF, as indicated.

    This 16th day of Septembert, 2011

                                                Law Office of Stephen L. Beaman, PLLC
                                                By: S/Stephen L. Beaman

SERVED ON:
BANKRUPTCY ADMINISTRATOR (via CM/ECF)

Biltbest Windows
Attn: Managing Officer/Agent
175 S. Tenth Street
Genevieve, MO 63670-1403

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:                                                                        CASE NO.: 09-01055-8-JRL
**AMERLINK, LTD.**

                                                                                     **CHAPTER 7**

**AFFIDAVIT REGARDING TRUSTEE'S OBJECTION TO CLAIM #256**
**AND SERVICE THEREOF**

Stephen L. Beaman, being first duly sworn, deposes and says in connection with the Trustee's Objection to Claim #256 of **BILTBEST WINDOWS**.

1. I am presently serving as Trustee in the above referenced bankruptcy estate.

2. That to the best of my knowledge and belief, the Objection to Claim is true and accurate.

3. The undersigned Trustee reasonably believes that the objections stated therein are well-grounded in law and fact.

4. The undersigned further certifies under oath that he has served a copy of the objection on each creditor named in said objection; at the address shown therein; and that the address of each creditor is the address stated in the said claims as shown on the official claims register of record in the office of the Clerk on the date of the objection.

This 16th day of September, 2011

                                                                Law Office of Stephen L. Beaman, PLLC

                                                                S/STEPHEN L. BEAMAN
                                                                Stephen L. Beaman, N.C. State Bar No. 6021
                                                                P.O. Box 1907, Wilson, NC 27894-1907
                                                                Phone (252) 237-9020 Fax (252) 243-5174
                                                                    email sbeaman@beamanlaw.com

Sworn to and subscribed before
me, this 16th day of September, 2011.

s/Jean C. Stolarik
Notary Public                                               My Commission Expires:12/16/2012



## Biltbest Windows

175 S 10th St
Sainte Genevieve, MO 63670
573-883-3571

0   Like

Log in or sign up to follow this merchant.  Follow this merchant

See more blogs in Sainte Genevieve, MO Bilt Best Windows- GONE OUT OF BUSINESS - Biltbest Windows Sainte Genevieve, 63670

☆☆☆☆☆ **Bilt Best Windows- GONE OUT OF BUSINESS**

Sorry for the bad news but BiltBest Windows has gone out of business. Good luck.

November 12, 2010 by Lisa in Flagstaff, AZ

**More reviews for Biltbest Windows**

☆☆☆☆☆   MDW from Macomb, MI

☆☆☆☆☆   bilt best rotten windows from Puryear, TN

☆☆☆☆☆   Past Due Invoices from Lake Saint Louis, MO

☆☆☆☆☆   Biltbest Windows from Oakland, MI

What do you think? Write a review for Biltbest Windows

Read all reviews for Biltbest Windows


EXHIBIT H