**SO ORDERED.**

**SIGNED this 17 day of December, 2012.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                         CASE NO.:09-01055-8-JRL
AMERLINK, LTD.
    DEBTOR                                                CHAPTER 7

ORDER ON TRUSTEE'S
OBJECTION TO CLAIMS 14 & 302

    THIS MATTER comes on to be heard before the undersigned Bankruptcy Judge upon the objection by the Trustee to certain claims filed in the above entitled action.

    The Court finds as a fact that the Trustee has previously objected to claims of **Rafael De Leon and Julianita De Leon** ("Creditor") as set out more fully in his objection to Creditors' claims, notice thereof, and certificate of service.

    The Court further finds from the Trustee's objection and such responses as have been filed by creditors that the objections should be allowed as set forth hereafter.

    BASED on the foregoing findings of fact, the Court concludes as a matter of law that the Trustee's objections should be sustained and the claims treated as set forth in the Trustee's objections to claims filed herein.

    IT IS ORDERED that the Trustee shall treat the following claims as stated below in any distribution hereafter made by him as follows:

| **CLAIM NUMBER** | **NAME AND ADDRESS OF CREDITOR** | **TREATMENT OF CLAIM** |
|---|---|---|
| 14 | Rafael De Leon<br>Julianita De Leon<br>105-D Sterlling Moss Way<br>Statesville, NC  28625 | Allowed as an unsecured claim in the amount of $9,096.43. |
| 302 | Rafael De Leon<br>Julianita De Leon<br>105-D Sterlling Moss Way<br>Statesville, NC  28625 | Disallowed in its entirety. |

(END OF DOCUMENT)