UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-236-F

| | | |
|---|---|---|
| IN RE: AMERILINK, LTD., | ) | |
| Debtor. | ) | ORDER |
| | ) | |
| | ) | |

This matter is before the court on creditor Richard Spoor's motion for reconsideration [DE-8] of the court's order denying his prior request to file an interlocutory appeal. The motion is DENIED for the reasons stated in the court's prior order, May 21, 2014 Order [DE-6].

SO ORDERED.
This the 5th day of June, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge