# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

IN RE:  AMERLINK, LTD.                             CASE NO.: 09-01055-8-CRA
        DEBTOR                                                 CHAPTER 7

### REPORT OF UNCLAIMED FUNDS

    Stephen L. Beaman, Chapter 7 Trustee ("Trustee"), having made an interim distribution of the above estate, respectfully reports unto the Court:

    1.  That checks were issued to certain creditors in payment of dividends due in the interim distribution of the estate and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing address of the creditor-payee and/or said checks are stale dated, a list of all known names and address of the entities and the amount which they are entitled to be paid from the remaining property of the estate is as follows:

| Claim No. | Name & Last Known Address | Amount |
|---|---|---|
| 343 | Boyce & Isley, PLLC, 4141 Park Lake Avenue, #200, Raleigh, NC 27612 | 1,142.56 |
| 4 | Our Friends Company, 221 W. BATTLEBORO AVENUE BATTLEBORO, NC 27809 | 58.17 |
| 42 | Healthy Lawns of the Hudson Valley,  480 Hallihans Hill Road, Kingston, NY 12401 | 402.90 |
| 67 | Golf Magazine, 541 Fairbanks, Chicago, IL 60611 | 692.17 |
| 73 | Rich Krabill and Sandy Krabill, 29880 Seven Mile Lane, Shedd Linn, OR 97377 | 86.52 |
| 98 | Deltacom, 2970 Clairmont Road, Ste. 200, Atlanta, GA 30329 | 158.37 |
| 101A | Mike Cobena, 4511 Croyden Avenue,m New Orleans, LA 70131 | 2902.36 |
| 149 | Carolina Telephone and Telegraph Company, 5454 W. 110th Street, Shawnee Mission, KS 66211-1204 | 424.16 |
| 155 | United Telephone Southeast, LLC, 5454 W. 110th Street, Shawnee Mission, KS 66211-1204 | 175.48 |
| 174 | Don Habermehl, U.S. Awnings, 604 S. Raymond Avenue, Fullerton, CA 92831 | 2142.95 |
| 256 | BiltBest Windows, 168 N. Clinton Street, Chicago, IL 60661 | 11982.72 |
| 260 | AFNI/Verizon East, P. O. Box 3427, Bloomington, IL 61702 | 46.88 |

    2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. § 347.

DATED: November 16, 2016

    s/Stephen L. Beaman
Stephen L. Beaman, NC State Bar No. 6021
PO Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
Email:  sbeaman@beamanlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Report of Unclaimed Funds was served on the persons listed below, on this date by mailing a copy of the said document to them at their address, by depositing the same in a postpaid, properly addressed wrapper in a Post Office or other official depository under the exclusive care and custody of the U.S. Postal Service.

DATED:  November 16, 2016

    s/Stephen L. Beaman
Stephen L. Beaman, NC State Bar No. 6021
PO Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
Email:  sbeaman@beamanlaw.com

SERVED ON:

Bankruptcy Administrator (via CM/ECF)