**SO ORDERED.**

**SIGNED this 15 day of February, 2017.**

_____
**Catharine R. Aron
United States Bankruptcy Court Judge**

_____

UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: |
| AMERILINK, LTD. | 09-01055-8-CRA |
| DEBTOR | CHAPTER 7 |

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $2902.36 constituting unclaimed funds is declared due to JM Partners, LLC, as Assignee of Michael Wayne Cobena, by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U.S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

"END OF DOCUMENT"