# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:  AMERLINK, LTD.             CASE NO.: 09-01055-8-CRA  
       DEBTOR                                         CHAPTER 7

### REPORT OF SMALL/UNCLAIMED FUNDS

Stephen L. Beaman, Chapter 7 Trustee, ("Trustee"), having made an interim distribution of the above estate, respectfully reports unto the Court:

1.  That checks were issued to certain creditors in payment of dividends due in the interim distribution of the estate and that said checks are stale dated, a list of all known names and address of the entities and the amount which they are entitled to be paid from the remaining property of the estate is as follows:

| Claim No. | Name & Last Known Address | Amount |
| --- | --- | --- |
| 8 | National Logistics, Inc.. PO Box 456, Lakeview, NC  28350 | 613.40 |
| 14 | Rafael De Leon/Julianita De Leon, 105-D Sterling Moss Way, Statesville, NC  28625 | 571.41 |
| 38 | Dr. Jerry Smith, 2103 Alexis Court, Tarpon Springs, FL  34689 | 245.14 |
| 51 | Octavius Brown, 37 B Jefferson Dr., Maple Shade, NJ  08052 | 1905.12 |
| 118 | Robert Patterson, Virginia Patterson, 1464 Prospect Church Road, Dunn, NC  28334 | 193.39 |
| 124B | Kevin Grass, 8600 Olde Colony Trail #90, Knoxville, TN  37923-6231 | 15.00 |
| 135 | South Atlantic Lumber Industries, PO Box 9739, Greensboro, NC  27429 | 1266.78 |
| 139B | Brian Soerensen, Arlene Manson, Langkaervej 23, 7330 Brande, Denmark | 3806.51 |
| 167 | Leo Borter, Marie Morel, 44 Globe Lane, Willingboro, NJ  08046 | 227.55 |
| 206 | Robert Francisco, P. O. Box 155, Callahan, FL  32011 | 317.71 |
| 207A | Charlie Bishop, HC 1 Box 1564, Silva, MO  63694 | 113.07 |
| 229 | Eddie & Linda Carr, 1504 East Fork Drive, Salisbury, NC  28146 | 467.54 |
| 238 | Aramark Uniforms, Attn: Legal Department, 115 N. First Street, Burbank, CA  91502 | 88.97 |
| 242 | Frank Recker, 421 D Guilford College Rd., Greensboro, NC  27409 | 3136.85 |
| 279 | Terminex, P. O. Box 2587, Fayetteville, NC 28302-2587 | 18.74 |
| 324 | Spectrum Home Services, Great Smokies, 349 Industrial Park Road, Madisonville, TN  37354 | 46.15 |

| 327 | Horizon Trust Investment and Management, N.A., c/o Alan McInnes, 3737 Glenwood Ave., Suite 400, Raleigh, NC  27612 | 840.65 |
|---|---|---|
| 328 | Phil Patsfield, Barbara Patsfield, 20924 Eustis Rd., Land O' Lakes, FL 34637 | 247.63 |

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:  February 7, 2018.

    s/Stephen L. Beaman
Stephen L. Beaman, NC State Bar No. 6021
PO Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
Email:  sbeaman@beamanlaw.com

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Report of Unclaimed Funds was served on the persons listed below, on this date by mailing a copy of the said document to them at their address, by depositing the same in a postpaid, properly addressed wrapper in a Post Office or other official depository under the exclusive care and custody of the U.S. Postal Service.

DATED:  February 7, 2018.

    s/Stephen L. Beaman
Stephen L. Beaman, NC State Bar No. 6021
PO Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
Email:  sbeaman@beamanlaw.com

SERVED ON:

Bankruptcy Administrator (via CM/ECF)