# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:  AMERLINK, LTD.                     CASE NO.: 09-01055-8-CRA
      DEBTOR                                   CHAPTER 7

### REPORT OF SMALL DIVIDEND FUNDS

      Stephen L. Beaman, Chapter 7 Trustee ("Trustee"), having made final distribution in the above estate, respectfully reports unto the Court:

      1.  That checks were issued to certain creditors in payment of dividends due in the final distribution of the estate and that said distributions were in amounts less than $5.00.  A list of all known names and address of the entities and the amount which they are entitled to be paid from the remaining property of the estate is as follows:

| Claim No. | Name & Last Known Address | Amount |
|---|---|---|
| 4 | Our Friends Company, PO Box 850, 201A Battleboro Avenue, Battleboro, NC  27809 | 4.03 |
| 13 | Mar-Von Pest Control Co., PO Box 337, Athens, TN  37371-0337 | 1.50 |
| 27 | Airgas Safety, PO Box 601985, Charlotte, NC  28260-1985 | 1.65 |
| 28 | Rocky Mount Telegram, PO Box 1080, Rocky Mount, NC  27802-1080 | 1.08 |
| 32 | Coast to Coast Computer Products, 4277 Valley Fair Street, Simi Valley, CA  93063 | 0.72 |
| 35 | PA & Associates, Inc., 511 Chadwick Road Lutherville, Timonium, MD 21093-2810 | 2.22 |
| 39 | Al Lane, 580 W Hoffman Ave., Lindenhurst, NY  11757 | 1.87 |
| 40 | Schroeder Log Home Supply, 1101 SE 7th Avenue, PO Box 864, Grand Rapids, MN  55744 | 3.40 |
| 43 | W.W. Grainger, Inc., 7300 N. Melvina Ave. M240, Niles, IL  60714-3998 | 1.25 |
| 46 | Velux – America Inc., PO Box 75435, Charlotte, NC  28275-0435 | 3.77 |
| 53 | Rigby Electric Supply, PO Box 2068, Rocky Mount, NC  27802-2068 | 0.74 |
| 95 | Loudon WCI of TN, 2400 Chipman Street-District# 6932, Knoxville, TN 37917 | 1.25 |
| 102A | Matthew Holder, 2225 Bethlehem Road, Raleigh, NC  27610 | 0.30 |
| 119 | FedEx Freight Inc., PO Box 840, Harrison, AR  72602-0840 | 1.95 |
| 123 | Waste Industries, c/o RMS Bk. Recovery Services, PO Box 5126, Timonium, MD  21094 | 3.62 |
| 124B | Kevin Grass, 8600 Olde Colony Trail #90, Knoxville, TN  37923-6231 | 1.04 |

| | | |
|---|---|---|
| 128 | Kelly Paonessa, David Terry, 7131 Prospect St., Ovid, NY 14521 | 3.99 |
| 131 | Barnes Motor Parts, P. O. Box 1207, Wilson, NC 27893 | 0.88 |
| 133 | Leisa Harmond, O. C. Tanner Company, 1930 South State Street, Salt Lake City, UT 84115 | 0.84 |
| 137 | Larry Webb, Lynne Webb, 121 Academy St., Salem, VA 24153 | 3.61 |
| 153 | OfficeMax, Attn: Anestis Derakis, 263 Shuman Blvd., Naperville, IL 60563-1255 | 2.84 |
| 154B | Commonwealth of Pennsylvania, Department Of Revenue, Bureau Of Compliance, PO Box 280946, Harrisburg, PA 17128 | 0.05 |
| 166 | HighTech Communications, Inc., PO Box 8680, Rocky Mount, NC 27804 | 1.07 |
| 170 | Brame Specialty Co., Inc., PO Box 271, Durham, NC 27702 | 3.19 |
| 175B | John Baylor, Sr., Adriene Baylor, 4409 Natahala Dr., Clinton, MD 20735 | 2.94 |
| 181B | State of Wyoming, Attn: Officer/Managing Agent, 122 West 25th St., Cheyenne, WY 82002-0110 | 0.85 |
| 183B | State of Maine, Bureau of Revenue Services, Compliance Division, PO Box 9101, Augusta, ME 04333-09101 | 0.23 |
| 188 | Fastenal Company, PO Box 978, Winona, MN 55987 | 2.09 |
| 194B | WA Department of Revenue, Attn: Doug Houghton, 2101 4th Ave, Ste. 1400, Seattle, WA 98121 | 1.50 |
| 210 | High Country Springs Bottled Water, PO Box 238, Pilot Mountain, NC 27041-0238 | 1.42 |
| 213B | State of Maryland, Comptroller of Treasury, Room 409, State Office Building, 301 West Preston Street, Baltimore, Maryland 21201 | 2.44 |
| 257B | State of Louisiana, Louisiana Department of Revenue, PO Box 66658 Baton Rouge, LA 70896 | 0.32 |
| 260 | AFNI/Verizon East, PO Box 3037, Bloomington, IL 6l1702-3037 | 3.25 |
| 270B | Wisconsin Department of Revenue, PO Box 8901, Madison, WI 53708-8901 | 0.58 |
| 279 | Terminex, PO Box 2587, Fayetteville, NC 28302-2587 | 1.30 |
| 282 | Lucas Precision Machine Works, Inc., PO Box 151, Weldon, NC 27809 | 2.74 |
| 283 | Napa Auto Parts of Rocky Mount, PO Box 2743, Rocky Mount, NC 27802-2743 | 0.89 |
| 293A | Dennis Woodard, Darlene Woodard, 242 Goose Pond Rd., Emporia, VA 23847 | 0.30 |
| 295 | Birch Communications, PO Box 23039, Columbus, GA 31902-3039 | 3.03 |

| 296 | Battleboro Hardware, 5040 Hathaway Street, Battleboro, NC 27809 | 1.13 |
| 300 | Central Hudson, 284 South Avenue, Poughkeepsie, NY 12601-4839 | 2.45 |
| 322 | Carolina Wiring Service, Inc., 740 Country Club Road, Rocky Mount, NC 27804 | 4.31 |
| 324 | Spectrum Home Services Great Smokie, 349 Industrial Park Road, Madisonville, TN 37354 | 3.19 |
| 336 | The Advocate & Democrat, PO Box 389 609 East North Street, Sweetwater, TN 37874 | 1.00 |
| 337 | Heath Brenneman, 1593 Yellow Springs Dr., Williamsburg, PA 16693-6805 | 4.06 |

WHEREFORE, the undersigned Trustee desires to pay unto the Court said small dividends pursuant to Rule 3010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §347.

DATED: July 19, 2018

s/Stephen L. Beaman
Stephen L. Beaman, NC State Bar No. 6021
PO Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
Email: sbeaman@beamanlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Report of Small Dividends was served on the persons listed below, on this date by mailing a copy of the said document to them at their address, by depositing the same in a postpaid, properly addressed wrapper in a Post Office or other official depository under the exclusive care and custody of the U.S. Postal Service or by CM/ECF as noted.

DATED: July 19, 2018

s/Stephen L. Beaman
Stephen L. Beaman, NC State Bar No. 6021
PO Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
Email: sbeaman@beamanlaw.com

SERVED ON:

Bankruptcy Administrator (via CM/ECF)