UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  AMERLINK, LTD.　　　　　　　　CASE NO.: 09-01055-8-CRA
　　　　DEBTOR　　　　　　　　　　　　CHAPTER 7

## REPORT OF SMALL/UNCLAIMED FUNDS

Stephen L. Beaman, Chapter 7 Trustee, ("Trustee") having made an interim distribution of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the interim distribution of the estate and that said checks are stale dated, a list of all known names and address of the entities and the amount which they are entitled to be paid from the remaining property of the estate is as follows:

| Claim No. | Name & Last Known Address | Amount |
|---|---|---|
| 6 | Emmett Taylor, 33230 Taylors Farm Rd., Temperanceville, VA  23442 | 14.58 |
| 9 | Rocky Mount Electric Motor, S & S, Inc., PO Box 29, Rocky Mount, NC  27802-0029 | 6.42 |
| 14 | Rafael De Leon/Julianita De Leon, 105-D Sterling Moss Way, Statesville, NC  28625 | 39.56 |
| 21 | Fred Genchi, 9901 Hatton Ferry Rd, Scottsville, VA  24590 | 181.52 |
| 22 | Restoration Woodworks, PO Box 448, Efland, NC  27243 | 16.07 |
| 25 | Custom Building Concepts, Inc., 6210 Dollar Way Road- Suite #5, Pine Bluff, AR  71602 | 69.88 |
| 38 | Dr. Jerry Smith, 2103 Alexis Court, Tarpon Springs, FL  34689 | 16.98 |
| 41 | Jefco Landscaping Maintenance, 4052 Tucker Trail, Rocky Mount, NC  27804 | 29.48 |
| 42 | Healthy Lawns of the Hudson Valley,  480 Hallihans Hill Road, Kingston, NY 12401 | 27.90 |
| 44 | Donna Gjurovich, 9 Addis Street, Kingston, NY  12401 | 13.00 |
| 48 | Turman Lumber Company, Inc., c/o Coface North America, Inc., 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ  08520 | 278.78 |
| 67 | Golf Magazine, 541 Fairbanks, Chicago, IL 60611 | 47.93 |
| 69 | M Smith Anderson Blount Dorsett, PO Box 2611, Raleigh, NC  27602-2611 | 95.01 |
| 73 | Rich Krabill and Sandy Krabill, 29880 Seven Mile Lane, Shedd Linn, OR  97377 | 5.99 |

| 82 | Rodney Stairr, Diana Stair, 1244 Plantation Rd, Elberton, GA  30635 | 112.49 |
|---|---|---|
| 92 | Hodell-Natco Industries, Inc., PO Box 931355, Cleveland, OH  44193-0477 | 69.25 |
| 93 & 94 | Eastern Forest Products,. c/o Coface North America, Inc., 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ  08520 | 476.82 |
| 97 | Bray Log & Lumber Co., 8215 Tualatin Sherwood Road, Suite 200, Tualatin, OR  97062 | 755.29 |
| 98 | Deltacom, 2970 Clairmont Road, Ste. 200, Atlanta, GA 30329 | 10.97 |
| 101 | Mike Cobena, 4511 Croyden Avenue,m New Orleans, LA 70131 | 200.97 |
| 103 | MW Manufacturing, PO Box 79634, Baltimore, MD  21279-0634 | 352.08 |
| 112 | Canon Financial Services, Inc., PO Box 4004, Carol Stream, IL  60197-4004 | 33.31 |
| 118 | Robert Patterson, Virginia Patterson, 1464 Prospect Church Road, Dunn, NC  28334 | 13.39 |
| 120 | John Baber, Kim Baber, 5964 Jarmen's Gap Rd, Crozer, VA  22932 | 22.19 |
| 124 | Kevin Grass, 8600 Olde Colony Trial #90, Knoxville, TN  37923 | 3535.54 |
| 135 | South Atlantic Lumber Industries, PO Box 9739, Greensboro, NC  27429 | 87.72 |
| 139 | Brian Soerensen, Arlene Manson, Langkaervej 23, 7330 Brande, Denmark | 263.58 |
| 145 | Greatwide Cheetah, LLC, 378 Williamson Road, Mooresville, NC 28117 | 115.39 |
| 148 | Glenn Morris, 2494 Taylor Road, Crestview, FL  32536 | 5.08 |
| 149 | Carolina Telephone and Telegraph Company, 5454 W. 110th Street, Shawnee Mission, KS 66211-1204 | 29.38 |
| 150 | United Telephone Southeast, LLC, 5454 W. 110th Street, Shawnee Mission, KS 66211-1204 | 12.15 |
| 160 | Kevin Maldonado, Esq., 5 Hickory Hill Road, Windham, New York | 49.68 |
| 164 | Hunton & Williams, LLP, | 177.02 |
| 167 | Leo Borter, Marie Morel, 44 Globe Lane, Willingboro, NJ 08046 | 15.76 |
| 174 | Don Habermehl, U.S. Awnings, 604 S. Raymond Avenue, Fullerton, CA  92831 | 148.38 |
| 189 | Pioneer Rustic Railing, 41 Accident Alley, Reynoldsville, PA  15851 | 113.64 |
| 195 | Victor Belanger, Kaye Belanger, 1692 Old Trenton Rd, Princeton Junction, NJ  08550 | 30.12 |
| 198 | Eric Clenney, 6391 Payne Rd., Tobaccoville, NC  27050 | 36.63 |
| 203 | Gary and Elke Gross, C/O Law Office of Barry Nakell, 149 Dixie Drive Chapel Hill, NC 27514 | 658.88 |

| 206 | Robert Francisco, P. O. Box 155, Callahan, FL  32011 | 22.00 |
|---|---|---|
| 207 | Charlie Bishop, HC 1 Box 1564, Silva, MO  63694 | 7.83 |
| 212 | Duane Walker, Sharon Walker, 5401 Brandermill Court, Greensboro, NC  27407 | 44.33 |
| 216 | Robert and Eva Harris, 13090 Edgedale, Belleville, Michigan  48111 | 33.78 |
| 220 | Brown Law, LLP, 5410 Trinity Road, Raleigh, NC  27607 | 81.94 |
| 224 | Bruce Benwell, 5425 Tall Cedars Road, Sumerduck, VA 22742 | 429.38 |
| 227 | United Parcel Service, c/o RMS Bankruptcy Recovery Services, PO Box 4396, Timonium, Maryland  21894 | 26.22 |
| 229 | Eddie & Linda Carr, 1504 East Fork Drive, Salisbury, NC  28146 | 32.37 |
| 239 | Dewey Link, 2197 Denune Ave., Columbus, OH  43211 | 308.15 |
| 264 | Southeastern Freight Lines, Inc., c/o RMS Bankruptcy Recovery Services P.O. Box 5126, Timonium, Maryland  21094 | 17.34 |
| 273 | EMC Outdoor, 5074 West Chester Pike-2nd Floor, Newton Square, PA  19073 | 228.15 |
| 311 | Best Business Appraisals, LLC, 14344 Y St., Ste. 102, Omaha, NE  68137 | 15.98 |
| 327 | Horizon Trust Investment and Management, c/o Alan McInnes 3737 Glenwood Ave., Suite 400, Raleigh, NC  27612 | 58.21 |
| 328 | Phil Patsfield, Barbara Patsfield, 20924 Eustis Rd, Land O' Lakes, FL  34637 | 17.14 |
| 343 | Boyce & Isley, PLLC, PO Box 1990, Raleigh, NC  27602-1990 | 79.11 |
| 344 | Patricia Powers & Tim Powers, 5728 Bass Drive, Zephyrhills, FL  33541 | 30.83 |
| 345 | Curtis Perry, 7933 Cleveland Road, Clayton, NC  27520 | 139.60 |
| 372 | Rosecrants Construction, 435 Mountain View Lane, Wilder, TN  38589 | 54.74 |
| 373 | Debra Taylor, 1612 W. Flower Ave., Fullerton, CA  92883 | 27.37 |
| 374 | Mark Sylvester, Kim Sylvester, 9 Highland Terrace, Gloversville, NY  12078 | 1042.83 |

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:  October 29, 2018.

s/Stephen L. Beaman
Stephen L. Beaman, NC State Bar No. 6021
PO Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
Email:  sbeaman@beamanlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Report of Unclaimed Funds was served on the persons listed below, on this date by mailing a copy of the said document to them at their address, by depositing the same in a postpaid, properly addressed wrapper in a Post Office or other official depository under the exclusive care and custody of the U.S. Postal Service or by electronic notification as noted.

DATED:  October 29, 2018

 s/Stephen L. Beaman
Stephen L. Beaman, NC State Bar No. 6021
PO Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
Email:  sbeaman@beamanlaw.com

SERVED ON:

Bankruptcy Administrator (via CM/ECF)